FILED
U.S. DISTRICT COURT
SAVANNAH DIV.

2018 JUN 28 PM 4:27

CLERK_____
SO. DIST. OF GA.

IN THE UNITED STATES DISTRICT COURT FOR
THE SOUTHERN DISTRICT OF GEORGIA
SAVANNAH DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA | ) |
| | ) |
| v. | ) CASE NO. CR417-263 |
| | ) |
| LORENZO GRAHAM, | ) |
| | ) |
| Defendant. | ) |

## O R D E R

Before the Court are Defendant's Motion in Limine (Doc. 54) and Motion for Bond (Doc. 56), which was referred to the Magistrate Judge. After filing those motions, however, Defendant entered a negotiated guilty plea. (Doc. 74.) On June 28, 2018, Defendant received a sentence of time served. Accordingly, Defendant's motions are **DISMISSED AS MOOT**.

SO ORDERED this 28th day of June 2018.

WILLIAM T. MOORE, JR.
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA